UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMAL I. SCOTT | CIVIL ACTION |
| VERSUS | NO. 18-2085 |
| STATE OF LOUISIANA | SECTION "R" (4) |

## ORDER

Plaintiff Jamal I. Scott filed this *pro se* complaint under 42 U.S.C. § 1983 against the State of Louisiana alleging that he was wrongly accused and arrested in Jefferson Parish.[1] Having reviewed *de novo* the complaint, the record, and the Magistrate Judge's unopposed Report and Recommendation,[2] the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

IT IS ORDERED that plaintiffs' complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __7th__ day of November, 2018.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.
[2] R. Doc. 4.